Daniel J. O'Connor, Jr., Bar No. 010081
Danny O'Connor,  Bar No. 034188
**O'CONNOR & DYET, P.C.**
7955 South Priest Drive
Tempe, Arizona  85284
daniel.oconnor@occlaw.com
danny.oconnor@occlaw.com
(602) 241-7000

Attorneys for Defendant Tracey Heinrick and John Doe Heinrick

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Austin Neeley, an individual; Brittany Robinette, an individual; V.S.R., a minor, through her parent and guardian Brittany Robinette; A.L.N., a minor, through her parents and guardians Austin Neeley and Brittany Robinette; A.R.N., a minor, through her parents and guardians Austin Neeley and Brittany Robinette,<br><br>            Plaintiffs,<br>  vs.<br><br>The State of Arizona, et. al.<br><br>            Defendants. | Case No.:  19-cv-05899-DJH<br><br>**DEFENDANTS TRACEY HEINRICK AND JOHN DOE HEINRICK'S NOTICE OF APPEARANCE**<br><br>(Assigned to the Honorable Diane J. Humetwea) |

   Notice is hereby given that O'Connor & Dyet, P.C., by Daniel J. O'Connor and Danny O'Connor, is hereby entering its appearance on behalf of Defendants Tracey Heinrick and John Doe Heinrick.  Request is made upon all parties and the Court to serve all notices and pleadings on the undersigned as counsel for Defendants.

   Dated this 9th day of November 2020.

                                        **O'CONNOR & DYET, P.C.**

                                        By:*/s/Daniel J. O'Connor, Jr.*
                                              Daniel J. O'Connor, Jr.
                                              Danny O'Connor
                                              Attorneys for Defendants
                                              Tracey and John Doe Heinrick

## CERTIFICATE OF SERVICE

I hereby certify that on November 9th, 2020 I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court, District of Arizona, using the CM/ECF System. A Notice of Electronic Filing will be served to the following registered participants:

DeeAn Strub
Kristina Reeves
Gillespie Shields Goldfarb & Taylor
7319 N. 16th St.
Phoenix, AZ 85020
*Attorneys for Plaintiffs*
dgillespie@gillaw.com
kreeves@gillaw.com

Robert Mills
Sean Woods
Thomas Connelly
Mills & Woods Law PLLC
5055 N. 12th St., Ste. 101
Phoenix, AZ 85014
*Attorneys for Plaintiffs*
rmills@millsandwoods.com
swoods@millsandwoods.com
tconnelly@millsandwoods.com

Christopher Feasel
Michael Gaughan
Attorney General's Office
2005 North Central Avenue
Phoenix, Arizona 85004
Attorneys for State Defendants
Michael.Gaughan@azag.gov
Christopher.feasel@azag.gov

```
 1
 2  Brian Hauser
    William Doyle
 3  Doyle Firm PC
    1313 E. Osborn Rd., Ste. 220
 4  Phoenix, AZ 85014
 5  *Attorneys for Grossman and Grossman and Andrea Thomas*
    bhauser@doylelawgroup.com
 6  whdefilings@doylelawgroup.com

 7
    Lynn Allen
 8  Sitar Bhatt
    Tyson & Mendes, LLP
 9  706 E. Bell Rd., Ste. 129
    Phoenix, AZ 85022
10  Attorneys for Heather De Soler and Dr. Heather De Soler PLLC
11  lallen@tysonmendes.com
    sbhatt@tysonmendes.com
12
13
    /s/Karen Larson
14
```