# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Austin Neeley, et al., | No. CV-19-05899-PHX-DJH |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| State of Arizona, et al., | |
| Defendants. | |

Defendants Tracey and Jeffrey Heinrick ("Heinrick Defendants"), filed a Motion for Attorney's Fees and Costs on June 2, 2021. (Doc. 98). The Court granted Heinrick Defendants Motion for Attorney's Fees and Costs on October 27, 2021. (Doc. 149).

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. Attorney's fees and costs are awarded to Heinrick Defendants and against Plaintiffs in the amount $22,870.50, plus interest at 0.21% pursuant to 28 U.S.C. § 1961;
2. This is a final judgment pursuant to Rule 54(b), Federal Rules of Civil Procedure.

Dated this 2nd day of December, 2021.

Honorable Diane J. Humetewa
United States District Judge