# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Austin Neeley, et al., <br><br> Plaintiffs, <br><br> v. <br><br> State of Arizona, et al., <br><br> Defendants. | No. CV-19-05899-PHX-DJH <br><br> **JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order filed on July 26, 2022, judgment is hereby entered in favor of Defendants Andrea Thomas and Grossman & Grossman, LTD, and against Plaintiffs as to Count XV. This action is hereby terminated.

Debra D. Lucas
District Court Executive/Clerk of Court

July 26, 2022

s/ L. Figueroa
By: Deputy Clerk